**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MARYLAND**

CHRISTINE Y. SISK            *

     Plaintiff              *

v.                                *

BALTIMORE COUNTY GOVERNMENT    *      Case No.: L 02 CV 2864

     Defendant              *

*     *     *     *     *     *     *     *     *     *     *     *     *

**STIPULATION OF DISMISSAL**

NOW COMES Plaintiff, Christine Y. Sisk, by and through her attorneys, Edward P. Murphy, Tracey A. Harvin and Allewalt & Murphy, P.A., pursuant to F.R.C.P 41(a)(1)(ii) and submits this Stipulation to the Dismissal, without prejudice, of her claim(s) in the above referenced matter.  Costs to be paid by Plaintiff.


_____       _____

EDWARD P. MURPHY              GREGORY E. GASKINS
TRACEY A. HARVIN               Assistant County Attorney
Allewalt & Murphy, P.A.            400 Washington Avenue
305 W. Pennsylvania Avenue        Towson, Maryland 21204
Towson, Maryland 21204           410-887-4420
410-296-7180                     410-296-0931 (fax)
410-296-7184 (fax)               Attorney for Defendant,
Attorneys for Plaintiff, Christine Sisk    Baltimore County Government