FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 APR 16  P 3:50

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MARYLAND

CHRISTINE Y. SISK

    Plaintiff

v.

BALTIMORE COUNTY GOVERNMENT      Case No.: L 02 CV 2864

    Defendant

\* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

NOW COMES Plaintiff, Christine Y. Sisk, by and through her attorneys, Edward P. Murphy, Tracey A. Harvin and Allewalt & Murphy, P.A., pursuant to F.R.C.P 41(a)(1)(ii) and submits this Stipulation to the Dismissal, without prejudice, of her claim(s) in the above referenced matter. Costs to be paid by Plaintiff.

/s/                                                      /s/

EDWARD P. MURPHY                          GREGORY E. GASKINS
TRACEY A. HARVIN                           Assistant County Attorney
Allewalt & Murphy, P.A.                        400 Washington Avenue
305 W. Pennsylvania Avenue                Towson, Maryland 21204
Towson, Maryland 21204                    410-887-4420
410-296-7180                                      410-296-0931 (fax)
410-296-7184 (fax)                            Attorney for Defendant,
Attorneys for Plaintiff, Christine Sisk       Baltimore County Government

FILED
APR 16 2003

APPROVED THIS __16__ DAY OF __April, 2003__

_/s/ BL_
BENSON EVERETT LEGG, U.S.D.J.